*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★         ★ ★ ★

# MEMORANDUM OPINION

No. 04-07-00802-CV

**HAGANS, BURDINE, MONTGOMERY, RUSTAY & WINCHESTER, P.C.**,
Appellant

v.

Fabiola **MARTINEZ**, Individually and as Independent Administratrix of
the Estate of Gilbert Martinez, Deceased, and Artemia Martinez, et al.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-06606
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:      Alma L. López, Chief Justice
            Sandee Bryan Marion, Justice
            Rebecca Simmons, Justice

Delivered and Filed: June 18, 2008

DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal. The motion contains a certificate of service to appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM